# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mark Shedlin**, <br><br> Plaintiff, <br><br> v. <br><br> **Lemuel L. Balagot**; and Does 1-10, <br><br> Defendants. | **Case No.** 2:14-CV-03664-CAS-SH <br><br> **JUDGMENT** <br> (on Motion for Summary Judgment) |

Following the Court's ruling on February 23, 2016, the Court grants JUDGMENT in favor of plaintiff Mark Shedlin and against defendant Lemuel L. Balagot in the amount of $8,000.

Date: <u>March 21, 2016</u>    By: *Christina A. Snyde* (signature)
                                  UNITED STATES DISTRICT JUDGE